**FILED**

B 265
(8/96)

MAY 1 3 2015

## United States Bankruptcy Court

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

_____ District Of _____

7 5773 /$ 46.00

In re Asset Resolution, LLC ,  )
         Debtor                 )   Case No. 07-J2834-RCJ
William A. Leonard, RJ          )
Ch 7 Trustee, Commercial Mortgage) Chapter 7
Managers Inc Plaintiff          )
M. Donald Granatstein, aka      )
Martin Donald Granatstein aka   )   Adv. Proc. No. 14-01138-RCJ
Donald Martin Defendant; Gerald E. Cadosky)
Granatstein;

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on ____4/27/15____ as it appears in the records of this court, and that:
                                                                                    (date)

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                         (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
           (name of court)                                      (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
           (date)

_____5/8/15_____                    _____Mary A. Schott_____
   Date                                 Clerk of the Bankruptcy Court

                                    By: _____
                                            Deputy Clerk

Entered on Docket
April 27, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>　　　　　　Debtor. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br>Chapter 7<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| WILLIAM A. LEONARD, JR., in his capacity as Chapter 7 Trustee; COMMERCIAL MORTGAGE MANAGERS, INC.<br><br>　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>M. DONALD GRANATSTEIN, also known as MARTIN DONALD GRANATSTEIN, also known as DONALD MARTIN GRANATSTEIN; GERALD E. CADESKY<br><br>　　　　　　Defendants. | ADVERSARY CASE NO. 14-01138<br><br>**JUDGMENT BY THE COURT WITHOUT A JURY**<br><br>Judge: Hon. Robert C. Jones |

　　　The Court having reviewed the Stipulation for Entry of Judgment executed by and between William A. Leonard, Jr., in his capacity as Chapter 7 Trustee, and Commercial Mortgage Managers, Inc., Plaintiffs, and M. Donald Granatstein, also known as Martin Donald Granatstein, also known as Donald Martin Granatstein, defendant, and good cause appearing,

- 1 -

369387-v22

JUDGMENT BY THE COURT WITHOUT A JURTY

1  THE COURT HEREBY FINDS that there is no just reason for delay of entry of judgment, in that defendant M. Donald Granatstein, also known as Martin Donald Granatstein, also known as Donald Martin Granatstein is fully liable for the amount sought and such liability is uncontested, the Court determines to enter a separate judgment pursuant to Federal Rule of Bankruptcy Procedure 7054(b).

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs William A. Leonard, Jr., in his capacity as Chapter 7 Trustee, and Commercial Mortgage Managers, Inc., shall have and recover from defendant M. Donald Granatstein, also known as Martin Donald Granatstein, also known as Donald Martin Granatstein, the sum of $11.031,426.41.

Dated April 27, 2015.

_____
Clerk of Court

I certify that this is a true copy:
Attest: _____
Deputy Clerk, Bankruptcy Court

369387-v22

- 2 -

JUDGMENT BY THE COURT WITHOUT A JURTY